UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOLDBERG & ASSOCIATES, PC et al,

    Plaintiffs,

v.

C&A AUTO CARE, LLC et al,

    Defendants.

Civil No. 22-11277

Hon. David M. Lawson

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against ALLEN BAYDOUN AKA ALI BAYDOUN for failure to plead or otherwise defend.

### AFFIDAVIT

1. The summons and complaint were served on July 6, 2022 at 25105 Kean St. Dearborn, MI 48124 via substitute service by leaving the summons, complaint, and exhibits with the person in charge of the usual place of business of ALLEN BAYDOUN AKA ALI BAYDOUN.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

2

|  |  |
|---|---|
| Dated: October 20, 2022 | Respectfully submitted,<br>GOLDBERG & ASSOCIATES<br><br>/s/ Julie Goldberg<br>Julie Goldberg, Esq.<br>5586 Broadway, Third Floor<br>Bronx, NY 10463<br>Tel: (718) 432-1022<br>Email: ecf@goldbergimmigration.com<br>*Counsel for the Plaintiffs* |