UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GOLDBERG & ASSOCIATES, PC,
NADER HAMADE, and JULIE GOLDBERG,

Plaintiffs,

v.

Case Number 22-11277
Honorable David M. Lawson

C&A AUTO CARE, LLC, ALLEN BAYDOUN,
ALI CHAMAS, and MOHAMED KAOUK,

Defendants,

and

C&A AUTO CARE, LLC and ALI CHAMAS,

Defendants/Cross-Plaintiffs,

v.

ALLEN BAYDOUN,

Defendant/Cross-Defendant.
_______________________________________/

**ORDER EXTENDING DEADLINE TO SUBMIT CASE TO BINDING ARBITRATION**

On March 14, 2024, the Court granted the parties' request to suspend all case management deadlines and refer the case to binding private arbitration. The Court ordered the parties to complete the arbitration on or before May 31, 2024. The parties have presented to the Court a stipulation to extend the deadline by which the parties must complete arbitration to August 9, 2024 and the deadline to notify the Court of the completion of arbitration and to file a motion to enforce or vacate the award to August 16, 2024. The parties state that they were unable to complete the arbitration due to several scheduling conflicts but have agreed to schedule the arbitration between August 5 and 9. The Court has considered the parties' request and finds that it should be granted.

Accordingly, it is **ORDERED** that the parties shall complete the arbitration **on or before August 9, 2024**.

It is further **ORDERED** that the parties jointly shall notify the Court when arbitration is completed, and any party thereafter may move to reopen the case to enforce or challenge the arbitration award as permitted by law and seek judgment thereon **on or before August 16, 2024**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 24, 2024